JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG LOTS STORES – PNS, LLC,<br><br>  Plaintiff/Counterclaim Defendant,<br><br>  v.<br><br>6351 WESTMINSTER BLVD, LLC,<br><br>  Defendant/Counterclaimant. | Case No. 8:24-cv-00757 MWF (JDEx)<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Plaintiff Big Lots Stores PNS LLC's Motion for Judgment on the Pleadings (Docket No. 31) and pursuant to Rules 54(b) and 58(b)(2) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment be entered as follows:

1. *On Plaintiff's Claim for Declaratory Relief*: Judgment is entered in favor of Plaintiff Big Lots Stores PNS LLC, and against Defendant 6351 Westminster Blvd LLC. Accordingly, it is declared that, under applicable Ohio law, the purchase agreement that the parties entered into on February 2, 2023, is now void.

2. *On Defendant's Counterclaim for Special Performance*: Judgment is entered in favor of Plaintiff Big Lots Stores PNS LLC, and against Defendant 6351 Westminster Blvd LLC.

3. Plaintiff is awarded its attorneys' fees and costs as provided by law.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment.

Dated: August 9, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge